

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00119-CV

**IN RE** Rafael **RAMIREZ** and Reynaldoi Flores

Original Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: March 1, 2023

PETITION FOR WRIT OF MANDAMUS AND WRIT OF PROHIBITION DISMISSED FOR WANT OF JURISDICTION

On February 10, 2023, relators filed a petition for writ of mandamus and writ of prohibition. After considering the petition and record, this court concludes it is without jurisdiction over this petition. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *Chenault v. Phillips*, 914 S.W.2d 140, 141 (Tex. 1996) (orig. proceeding) (per curiam); *In re Smith*, 355 S.W.3d 901 (Tex. App.—Amarillo 2011, orig. proceeding). Accordingly, relators' petition for writ of mandamus and writ of prohibition is dismissed.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2021DC001263JA, styled *Mercedes-Benz Financial Services USA LLC vs. Rafael Ramirez*, pending in the County Court, Webb County, Texas, the Honorable Juan Paz Jr. presiding.